**<u>CRIMINAL PROCEEDINGS</u> - Change of Plea**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Judge: Debora K. Grasham            Date: October 17, 2023
Courtroom Deputy/ESR: Amy Tate      Time: 11:05-11:30 AM
                                                   Location: Boise, ID

**UNITED STATES OF AMERICA vs. BROOKS ROBERTS**
**Case No.:** 1:23-cr-00053-DKG-2 & 1:23-mj-00108-DKG-2

Counsel for United States: AUSA Christopher Booker
Counsel for Defendant: Craig Durham and Richard Eppink, CJA (previously appointed)

☒ Court summarized the plea agreement; counsel concurred with summary.
☒ Defendant placed under oath.
☒ Defendant found competent to enter a knowing and voluntary plea.
☒ Defendant is satisfied with representation of counsel.
☒ Defendant's Constitutional Rights explained.
☒ Defendant advised of maximum penalties.
☒ Defendant advised of the sentencing guidelines.
☒ Government stated for the record the elements and evidence of the charge(s).
☒ Defendant agrees with the elements of the charge(s) as stated by the Government.
☒ Defendant advised of the sentencing guidelines. Plea Agreement discussed and Defendant understands the terms of the agreement.
☒ Defendant and counsel advised the change of plea is voluntary, all potential defenses have been discussed and Defendant fully understand the rights which are being waived.
☒ Defendant entered a plea of guilty to Count(s) 2 of the Information in 1:23-cr-00053-DKG-2 and Court 3 of the Complaint in 1:23-mj-00108-DKG-2.
☒ Plea accepted by the Court.
**Sentencing set before Judge Debora K. Grasham: January 4, 2024 at 11:00 AM**
Court ordered a modified presentence investigation report.
     Original report to Counsel:   November 24, 2023
     Notification of Objections: December 7, 2023
     Final Report Due: December 21, 2023
☒The Government will request dismissal of Counts 1, 3, 4, 5, & 6 in 2 of the Information in 1:23-cr-00053-DKG-2 and Count 2 in 1:23-mj-00108-DKG-2.
☒ The Court determined the Defendant is not likely to flee or pose a danger to the safety of the community and extraordinary circumstances exist to allow the Defendant to remain on pretrial release.

<u>Any motions for departure, sentencing memorandums or letters in support must be filed seven (7) days prior to the sentencing hearing. Sentencing hearing is scheduled for 1 hour.</u>